UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

FILED
U.S. DIST COURT
MIDDLE DIST OF LA

2008 AUG 22  P 2: 19

SIGN _____
DEPUTY CLERK

KEIWON D. SWAYZER

VERSUS                                    CIVIL ACTION NO.: 07-78-JVP-DLD

COMMISSIONER OF SOCIAL
SECURITY

## RULING

The court, having carefully considered the complaint, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Docia L. Dalby dated August 7, 2008 (doc. 7), to which no objection has been filed, hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion.

Accordingly, the decision of the Commissioner denying benefits is hereby **AFFIRMED,** and the claimant's complaint shall be **DISMISSED**.

Judgment shall be entered accordingly.

Baton Rouge, Louisiana, August 22, 2008.

JOHN V. PARKER
UNITED STATES DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA